A. PETER RAUSCH, JR. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
7488 Shoreline Drive, Suite A-3
Stockton, California 95219
Telephone: (209) 952-5000
Facsimile:   (209) 952-5009

Attorneys for Plaintiff
COZAD TRAILER SALES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COZAD TRAILER SALES LLC., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RACKLEY BILT TRAILER SALES, INC., a California corporation, DANNY RACKLEY, an individual, and VARIOUS JOHN or JANE DOES; and XYZ COMPANIES,<br><br>Defendants.<br>_____ | Civil Action No. 2:05-cv-1181- WBS<br><br>**STIPULATED TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND PERMITTING EXPEDITED DISCOVERY** |

     Plaintiff, COZAD TRAILER SALES, LLC, a California limited liability company (herein after "Cozad"), has moved <u>ex parte</u> for a temporary restraining order and order to show cause re: preliminary injunction and permitting expedited discovery, under the Lanham Act (15 U.S.C. §1051, et seq.) alleging that Defendants Rackley Bilt Trailer Sales, Inc., a California corporation and or Danny Rackley, an individual, (herein after "Defendants") appear to be selling goods or threatening to sell goods in violation of Plaintiff's trade dress interests. Defendants have

1

Stipulated Temporary Restraining Order and Order to Show Cause Re:
Preliminary Injunction and Permitting Expedited Discovery

engaged counsel and both parties have agreed to stipulate to the issuance of temporary injunctive relief in lieu of proceeding with a hearing on the ex parte' application. The parties, therefore, through their undersigned attorneys of record, hereby stipulate and agree that:

1. Defendants, and each of them, are hereby restrained and prohibited from making use in any manner of Plaintiff's trade dress interest and from selling any low-bed heavy haul industrial trailer infringing Plaintiff's trade dress interest and specifically the use or incorporation of four to six (4-6) inch round holes spaced proportionally in between cross members of the trailer assembly in and along the side web of Defendant's low-bed heavy haul industrial trailers, pending hearing on the order to show cause re: preliminary injunction and permitting expedited discovery.

2. Defendants, and each of them, shall appear and show cause, unless any defendant waives this right to do so, before the Honorable William B. Shubb, Judge of this Court, at the United States Courthouse, at 501 "I" Street, Sacramento, California, in courtroom 5, on Monday, June 27th, 2005 at 1:30 P.M., which date is set by the court for good cause shown, or as soon thereafter as counsel can be heard, why an order should not be entered granting plaintiffs a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 as follows:

    (a) counterfeiting, imitating, copying, or making unauthorized use of the trade dress of Cozad's low-bed heavy haul industrial trailer products;

    (b) manufacturing, producing, printing, distributing, trafficking, importing, selling, offering for sale, advertising, promoting or displaying any low-bed heavy haul industrial trailer bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the trade dress of Cozad's low-bed heavy haul industrial trailer products;

    (c) selling any of the infringing low-bed heavy haul industrial trailers currently under manufacture at the Rackley Bilt Custom Trailers, Inc. facility located at Stockton, California, or elsewhere and which bear a trade dress similarity and resemblance to Cozad's trade dress design elements;

2

Stipulated Temporary Restraining Order and Order to Show Cause Re:
Preliminary Injunction and Permitting Expedited Discovery

      (d)    directing the Defendants to notify and advise any and all customers to whom they offered, sold, or delivered any trailers infringing the trade dress of Cozad, that the trailers were not made by or associated with Cozad, and that such customers to whom such trailers were sold and delivered be given the opportunity to return the trailers to Defendants in any condition for a full refund for any deposits or monies paid, and that Defendants make such refunds and keep complete records of such notifications, returns, and refunds, including keeping any products returned;

      (e)    requiring Defendants to account for and pay over to Plaintiff all profit realized by them from their infringement of Plaintiff's trade dress and their unfair competition with Plaintiff.

3.    The moving papers of Cozad having been already duly served, Defendants' answering papers, if any, shall be filed with the clerk of this court and served upon the attorney for Plaintiff no later than June 20, 2005.  Any response shall be filed and served by Plaintiff before June 24, 2005;

4.    The parties may immediately initiate discovery under the Federal Rules of Civil Procedure, subject to cooperation between counsel and focused on such issues as may be relevant to and raised in connection with the request for the preliminary injunction.

Dated:  June 16, 2005                    Respectfully Submitted;

                                          LAW OFFICES OF A. PETER RAUSCH, JR.

                                          By:  /s/ A. Peter Rausch, Jr.
                                                  A. Peter Rausch, Jr.
                                          Attorneys for Plaintiff
                                          Cozad Trailer Sales LLC.

**[Submitted via E-Filing]**

3

Stipulated Temporary Restraining Order and Order to Show Cause Re:
Preliminary Injunction and Permitting Expedited Discovery

| | |
|---|---|
| 1 | LAW OFFICES OF GREGORY T. MEATH |
| 2 | |
| 3 | By: /s/ Greggory T. Meath |
| 4 | Gregory T. Meath<br>Attorneys for Defendants |
| 5 | Rackley Bilt Trailer Sales, Inc.,and Danny Rackley |

**[Submitted via E-Filing]**

## E-FILING SIGNATURE ATTESTATION

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

June 16, 2005                                          /s/ A. Peter Rausch, Jr.
                                                       A. Peter Rausch, Jr.

**[Submitted via E-Filing]**

IT IS SO ORDERED

Date: June 16, 2005

Time: 2:00 p.m.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

Stipulated Temporary Restraining Order and Order to Show Cause Re:
Preliminary Injunction and Permitting Expedited Discovery