1  A. PETER RAUSCH, JR. (State Bar No. 127930)
   LAW OFFICES OF A. PETER RAUSCH, JR.
2  7488 Shoreline Drive, Suite A-3
   Stockton, California  95219
3  Telephone:  (209) 952-5000
   Facsimile:   (209) 952-5009
4
   Attorneys for Plaintiff
5  COZAD TRAILER SALES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COZAD TRAILER SALES LLC., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RACKLEY BILT TRAILER SALES, INC., a California corporation, DANNY RACKLEY, an individual, and VARIOUS JOHN or JANE DOES; and XYZ COMPANIES,<br><br>Defendants.<br>_____ | **CIVIL ACTION NO. 2:05-CV-01181-WBS-DAD**<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br>_____<br><br>**ORDER** |

Plaintiff, COZAD TRAILER SALES, LLC, a California limited liability company (herein after "Cozad"), and Defendants Rackley Bilt Trailer Sales, Inc., a California corporation and or Danny Rackley, an individual, (herein after "Defendants") by and through their undersigned attorneys of record, hereby stipulate and agree and respectfully request that the Court approve, a two (2) week continuance of the hearing, and related brief filing dates, on Defendant's Motion for Summary Judgment currently set for hearing on Monday October 17th 2005.  The continuance

is requested by Cozad's counsel and is based upon the fact that counsel's primary client contact at Cozad, David Galloway, has been temporarily unavailable to consult with counsel regarding the motion because Mr. Galloway has been tending to personal matters in Houston, Texas occasioned by the recent hurricane that occurred on the gulf coast.  Mr. Galloway is expected to return to California next week.

Accordingly, the parties agree and request a two (2) week continuance such that:

(i) The hearing will be held on Monday October 31, 2005,

(ii) Cozad's opposition will be due October 14th 2005, and

(iii) Defendant's reply will be due October 24th 2005.

Dated:  October 3, 2005        Respectfully Submitted;

LAW OFFICES OF A. PETER RAUSCH, JR.


By:  /s/ A. Peter Rausch, Jr.
A. Peter Rausch, Jr.
Attorneys for Plaintiff
Cozad Trailer Sales LLC.


**[Submitted via E-Filing]**

LAW OFFICES OF GREGORY T. MEATH


By:  /s/ Gregory T. Meath
Gregory T. Meath
Attorneys for Defendants
Rackley Bilt Trailer Sales, Inc., and Danny Rackley


**[Submitted via E-Filing]**

**E-FILING SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

September 30, 2005

/s/ A. Peter Rausch, Jr.
A. Peter Rausch, Jr.

**[Submitted via E-Filing]**

**ORDER**

IT IS SO ORDERED

Date:  October 3, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE