A. PETER RAUSCH, JR. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
7488 Shoreline Drive, Suite A-3
Stockton, California 95219
Telephone: (209) 952-5000
Facsimile:   (209) 952-5009

Attorneys for Plaintiff
COZAD TRAILER SALES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COZAD TRAILER SALES LLC., a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RACKLEY BILT TRAILER SALES, INC., a California corporation, DANNY RACKLEY, an individual, and VARIOUS JOHN or JANE DOES; and XYZ COMPANIES,<br><br>Defendants.<br>_____ | **NO. CIV S-05-1181-WBS-DAD**<br><br>**STIPULATION TO EXTEND THE DISCOVERY CUTOFF DATE**<br>_____<br><br>**ORDER** |

Plaintiff, Cozad Trailer Sales, LLC, a California limited liability company (herein after "Cozad"), and Defendants Rackley Bilt Trailer Sales, Inc., a California corporation and or Danny Rackley, an individual, (herein after "Defendants") by and through their undersigned attorneys of record, hereby stipulate and agree and respectfully request that the Court approve an extension of time to complete discovery so that the non-expert witness discovery completion date, currently set as Wednesday, April 12th, 2006, be extended, through and including Monday, May 15th, 2006.

1

1  This stipulation and request is entered into in part to accommodate a large number of
2  potential deposition witnesses, some of whom are third parties, and also to acknowledge and take
3  into account the unavailability of defendants' counsel from March 30th through April 10th, 2006.
4  Counsel for both parties are communicating and cooperating with respect to the conduct
5  and completion of discovery, are confident and hopeful that discovery can be completed within
6  the extended time frame requested and believe that approval of the extension request will not
7  affect any other pretrial conference dates, filing dates, or completion deadlines, nor will it affect
8  the existing trial date.
9  Accordingly, good cause appears for this stipulation and order.  Granting this request will
10  further the interest of justice.

12  Dated:  March 6, 2006            Respectfully Submitted;
13                                    LAW OFFICES OF A. PETER RAUSCH, JR.

15                                    By:  /s/ A. Peter Rausch, Jr.
                                           A. Peter Rausch, Jr.
16                                    Attorneys for Plaintiff
                                      Cozad Trailer Sales LLC.

18                                    **[Submitted via E-Filing]**

19                                    LAW OFFICES OF GREGORY T. MEATH

21                                    By:  /s/ Gregory T. Meath
                                      Gregory T. Meath
22                                    Attorneys for Defendants
                                      Rackley Bilt Trailer Sales, Inc., and Danny Rackley

24                                    **[Submitted via E-Filing]**

2

Stipulation to Extend the Discovery Cutoff Date; Order
Civil Action No. 2:05-cv-01181-wbs-dad

**E-FILING SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

March 6, 2006                                     /s/ A. Peter Rausch, Jr.
                                                  A. Peter Rausch, Jr.

                                                  **[Submitted via E-Filing]**

**ORDER**

IT IS SO ORDERED

DATED: March 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/cozad1181.stipord