1  A. PETER RAUSCH, JR. (State Bar No. 127930)
   LAW OFFICES OF A. PETER RAUSCH, JR.
2  7488 Shoreline Drive, Suite A-3
   Stockton, California 95219
3  Telephone: (209) 952-5000
   Facsimile:  (209) 952-5009
4
   Attorneys for Plaintiff
5  COZAD TRAILER SALES LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

12

13  COZAD TRAILER SALES LLC., a              ) CIVIL ACTION NO. 2:05-CV-01181-
    California limited liability company     ) WBS-DAD
                                             )
14         Plaintiff,                        )
                                             ) SECOND STIPULATION TO
15  vs.                                      ) EXTEND THE DISCOVERY CUTOFF
                                             ) DATE
16  RACKLEY BILT TRAILER SALES, INC.,        ) _____
    a California corporation, DANNY          )
17  RACKLEY, an individual, and VARIOUS      ) ORDER
    JOHN or JANE DOES; and XYZ               )
18  COMPANIES,                               )
                                             )
19         Defendants.                       )
                                             )
20  _____ )

21       Plaintiff, Cozad Trailer Sales, LLC, a California limited liability company (herein after

22  "Cozad"), and Defendants Rackley Bilt Trailer Sales, Inc., a California corporation and or Danny

23  Rackley, an individual, (herein after "Defendants") by and through their undersigned attorneys of

24  record, hereby stipulate and agree and respectfully request that the Court approve a second

25  extension of time to complete discovery so that the non-expert witness discovery completion

26  date, currently set Monday, May 15th, 2006, be extended, through and including Friday June 30th,

27

28                                            1

2006. The original discovery cut-off date of Wednesday, April 12th, 2006, was previously extended by stipulated order to Monday, May 15th, 2006.

The first extension stipulation and request was entered into in part to accommodate a large number of potential deposition witnesses, some of whom are third parties, and also to acknowledge and take into account the unavailability of defendants' counsel from March 30th through April 10th, 2006. The parties have conducted discovery diligently to date. Eight depositions have been taken. Paper discovery propounded by both sides has been completed. Responses to a second set of written discovery request by Defendant will be completed on May 15th, 2006. Extensive document production has been assembled and is currently being exchanged.

No additional written discovery is contemplated. There are approximately Three (3) or Four (4) days worth of depositions to be taken. Those depositions were scheduled but continued due to scheduling conflicts that developed due to counsel's involvement in other pending actions. The parties are cooperating regarding all discovery issues.

At this time the parties wish to hold off on completing those remaining depositions in order to explore settlement. In order to pursue further settlement discussions the parties wish to await completion of an expert survey being conducted by Plaintiff. The survey project is underway but is not expected to be completed for another Four (4) weeks. Completion of the survey will be important and helpful in facilitating settlement discussions.

Counsel for both parties are communicating and cooperating with respect to the conduct and completion of discovery, are confident and hopeful that discovery can be completed within the extended time frame requested and believe that approval of the extension request will not affect any other pretrial conference dates, filing dates, or completion deadlines, nor will it affect the existing trial date.

1   Accordingly, good cause appears for this stipulation and order. Granting this request will
2 further the interest of justice.

4 Dated: May 17, 2006               Respectfully Submitted;

5                                    LAW OFFICES OF A. PETER RAUSCH, JR.

7                                    By: /s/ A. Peter Rausch, Jr.
                                         A. Peter Rausch, Jr.
8                                    Attorneys for Plaintiff
                                     Cozad Trailer Sales LLC.

10                                   **[Submitted via E-Filing]**

11                                   LAW OFFICES OF GREGORY T. MEATH

13                                   By: /s/ Gregory T. Meath
                                     Gregory T. Meath
14                                   Attorneys for Defendants
                                     Rackley Bilt Trailer Sales, Inc., and Danny Rackley

16                                   **[Submitted via E-Filing]**

18                         **E-FILING SIGNATURE ATTESTATION**

19   I hereby attest that I have been expressly authorized by opposing counsel to affix his
20 signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

22 March 12, 2006                    /s/ A. Peter Rausch, Jr.
                                     A. Peter Rausch, Jr.
23
                                     **[Submitted via E-Filing]**

**ORDER**

1

2  IT IS SO ORDERED

3  DATED: May 17, 2006.

4

5

6  DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7

8  Ddad1/orders.civil/cozad1181.stipord2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4