A. PETER RAUSCH, JR. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
7488 Shoreline Drive, Suite A-3
Stockton, California 95219
Telephone: (209) 952-5000
Facsimile:   (209) 952-5009

Attorneys for Plaintiff
COZAD TRAILER SALES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COZAD TRAILER SALES LLC., a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>RACKLEY BILT TRAILER SALES, INC., a California corporation, DANNY RACKLEY, an individual, and VARIOUS JOHN or JANE DOES; and XYZ COMPANIES,<br><br>    Defendants.<br>_____ | **CIVIL ACTION NO. 2:05-CV-01181-WBS-DAD**<br><br>**THIRD STIPULATION TO EXTEND THE DISCOVERY CUTOFF DATE**<br>_____<br><br>**ORDER** |

     Plaintiff, Cozad Trailer Sales, LLC, a California limited liability company (herein after "Cozad"), and Defendants Rackley Bilt Trailer Sales, Inc., a California corporation and or Danny Rackley, an individual, (herein after "Defendants") by and through their undersigned attorneys of record, hereby stipulate and agree and respectfully request that the Court approve a third extension of time to complete discovery so that both expert disclosures and the non-expert witness discovery completion date, currently set as Monday, June 12th, 2006, for Plaintiff's

1

1  Expert Disclosure and June 30th, 2006 for both parties non-expert discovery, be extended,
2  through and including Tuesday August 1st, 2006.  The parties also agree and request that the
3  Court approve an extension of the discovery motion cut-off date also to and including August 1st,
4  2006.  No other pre-trial motions are contemplated and Summary Judgement motions have
5  already been filed and heard.

6       The original discovery cut-off date of Wednesday, April 12th, 2006, was previously
7  extended by stipulated order to Monday, May 15th, 2006.  The extended cut-off date was further
8  extended by stipulated order to Monday June 15th, 2006.  Plaintiff's Expert Report Disclosure
9  date was originally set for June 12th, 2006 and had not been extended, nor has an extension been
10 requested before today.

11      The first extension stipulation and request was entered into in part to accommodate a large
12 number of potential deposition witnesses, some of whom are third parties, and also to
13 acknowledge and take into account the unavailability of defendants' counsel from March 30th
14 through April 10th, 2006.  The parties had conducted discovery diligently through that date.  Eight
15 depositions had been taken. Paper discovery propounded by both sides had been completed.
16 Responses to a second set of written discovery request by Defendant were completed.  Extensive
17 document production has been assembled and was then being exchanged.

18      No additional written discovery was or is now contemplated.  There are approximately
19 Three (3) or Four (4) days worth of depositions to be taken.  Those depositions were scheduled
20 but continued due to scheduling conflicts that developed due to counsel's involvement in other
21 pending actions.  The parties are cooperating regarding all discovery issues.

22      The parties requested a second extension to hold off on completing those remaining
23 depositions in order to explore settlement.  In order to pursue further settlement discussions the
24 parties wish to await completion of an expert survey being conducted by Plaintiff.  The survey
25 project is underway and was thought to be targeted for completion by mid June, but it is now
26 clear that the survey will take longer than expected, and while efforts are proceeding in a

1  responsible and diligent way, the Survey is not expected to be completed until mid July.
2  Completion of the survey will be important and helpful in facilitating settlement discussions.
3    Since making the Second Discovery Extension request, the parties have completed
4  extensive document exchange and have commenced preliminary settlement discussions.
5    Counsel for both parties are communicating and cooperating with respect to the conduct
6  and completion of discovery, are confident and hopeful that discovery can be completed within
7  the extended time frame requested and believe that approval of the extension request will not
8  affect any other pretrial conference dates, filing dates, or completion deadlines, nor will it affect
9  the existing trial date.  No trial date continuance has been requested, nor have the parties
10 requested any other extensions of non-discovery related pre-trial hearing dates or deadlines.
11 Client representatives of both parties are aware of and approve of this extension request.
12   Accordingly, good cause appears for this stipulation and order.  Granting this request will
13 further the interest of justice.

14 Dated: June 9th, 2006              Respectfully Submitted;
15                                    LAW OFFICES OF A. PETER RAUSCH, JR.
16
17                                    By:  /s/ A. Peter Rausch, Jr.
                                         A. Peter Rausch, Jr.
18                                    Attorneys for Plaintiff
                                      Cozad Trailer Sales LLC.
19
20                                    **[Submitted via E-Filing]**
21                                    LAW OFFICES OF GREGORY T. MEATH
22
23                                    By:  /s/ Gregory T. Meath
                                      Gregory T. Meath
24                                    Attorneys for Defendants
                                      Rackley Bilt Trailer Sales, Inc.,and Danny Rackley
25
26                                    **[Submitted via E-Filing]**
27
                                              3
28

**E-FILING SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

June 9, 2006          /s/ A. Peter Rausch, Jr.
                      A. Peter Rausch, Jr.

**[Submitted via E-Filing]**

**ORDER**

The third stipulated request to extend the discovery cutoff date will be granted based upon the representations of counsel therein that the extension will have no impact upon the resolution of the summary judgment motions that have already been filed and heard, that no other motions will be filed and that the granting of the stipulated request will have no affect on the pretrial conference date, filing dates, completion deadlines or the existing trial date.

IT IS SO ORDERED

DATED: June 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/cozad1181.stipord.disceot

Third Stipulation to Extend the Discovery Cutoff Date; Order
Civil Action No. 2:05-cv-01181-wbs-dad