IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COZAD TRAILER SALES LLC,                NO.  CIV.S-05-1181 WBS DAD

        Plaintiff,

  v.                                     ORDER

RACKLEY BILT TRAILER SALES,
et al.,

        Defendants.
_____/

        The parties have filed a fourth stipulation and proposed order seeking to extend the time to complete discovery in this action.  In this regard, the parties seek up to and including August 31, 2006, for plaintiff to disclose experts <u>and</u> for the parties to complete all non-expert discovery.  The parties also seek "an extension of the discovery motion cut-off date to and including September 30, 2006."[1]  (Stipulation at 2.)

---

[1] Presumably this latter extension request is intended to refer to the time for having discovery motions heard relating only to

1

1      The initial scheduling order issued by the assigned
2 district judge in this case provides as follows with respect to
3 modifications of that order:
4      Any requests to modify the dates or terms of this
       Scheduling Order, except requests to change the
5      dates of the Final Pretrial Conference or trial,
       may be heard and decided by the assigned
6      Magistrate Judge. All requests to change the
       dates of the Pretrial Conference and/or trial
7      shall be heard and decided only by the
       undersigned judge.
8
9 (Status (Pretrial Scheduling) Order at 4-5.)  Thus, the undersigned
10 is authorized to modify only the dates regarding discovery and law
11 and motion deadlines but is not authorized to change the Final
12 Pretrial Conference or trial dates.
13      On its face, the fourth stipulation and proposed order
14 submitted by the parties concerns only discovery dates.  However,
15 the additional time sought by the parties to continue to conduct
16 discovery would appear to necessitate a change in the Final Pretrial
17 Conference and/or trial dates as well.  For example, it would not
18 appear workable for the parties to have a "discovery motion cut-off
19 date to and including September 30, 2006," while still maintaining
20 the Final Pretrial Conference date of October 10, 2006, just ten days
21 later.[2]
22 /////

---

expert discovery, since the parties having proposed that non-expert discovery be completed by August 31, 2006.

    [2] The parties represent that a motion for summary judgment has been heard and is currently under submission and that no other dispositive motions are planned by either side.

2

1       Accordingly, because the parties' fourth stipulation and
2  proposed order extending discovery dates in this action would
3  necessitate a change in the Final Pretrial Conference and trial
4  dates, the parties' request is denied is without prejudice to the
5  parties seeking modification of the Status (Pretrial Scheduling)
6  Order by the assigned district judge.
7  DATED: August 9, 2006.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:th
Ddad1\orders.civil\cozad1181.eot4