A. PETER RAUSCH, JR. (State Bar No.127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
7488 Shoreline Drive, Suite A-3
Stockton, CA 95219
Ph. (209) 952-5000
Fx. (209) 952-5509
Attorneys for Plaintiff
COZAD TRAILER SALES, LLC.

GREGORY T. MEATH (State Bar No. 180495)
MEATH & PEREIRA
20 North Sutter Street, Suite 200
Stockton, CA 95202-2907
Ph. (209) 942-3300
Fx. (209) 942-3302
Attorney for Defendant
RACKLEY BILT TRAILER SALES and
DANNY RACKLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COZAD TRAILER SALES LLC., a California limited liability company,<br><br>               Plaintiff,<br><br>vs.<br><br>RACKLEY BILT TRAILER SALES, a California corporation, DANNY RACKLEY, an individual, and VARIOUS JOHN or JANE DOES; and XYZ COMPANIES,<br><br>               Defendants. | E.D. Case No. 2:05-cv-01181 WBS DAD<br><br>**STIPULATED REVISED PRE-TRIAL AND TRIAL SCHEDULE**<br><br>**ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff, Cozad Trailer Sales, LLC, a California limited liability company (herein after "Cozad"), and Defendants Rackley Bilt Trailer Sales, Inc., a California corporation and or Danny Rackley, an individual, (herein after "Defendants") by and through their undersigned attorneys of record, hereby stipulate and agree and respectfully request that the Court approve a revised Pretrial and Trial Schedule.

No other pre-trial motions are contemplated. Summary Judgment motions have already been filed and heard.

The original discovery cut-off date of Wednesday, April 12, 2006, was previously extended by stipulated order to Monday, May 15, 2006. The extended cut-off date was further extended by stipulated order to Monday June 15, 2006. Plaintiff's Expert Report Disclosure date was originally set for June 15, 2006.

The first extension stipulation and request was entered into in part to accommodate a large number of potential deposition witnesses, some of whom are third parties, and also to acknowledge and take into account the unavailability of defendants' counsel from March 30th through April 10, 2006. The parties had conducted discovery diligently through that date. Eight depositions had been taken. Written discovery propounded by both sides had been completed. Responses to a second set of written discovery request by Defendant were completed. Extensive document production has been assembled and was then being exchanged.

The parties requested a Second and Third extension to explore settlement. The Third extension was approved by Order extending the discovery cut-off date to August 31st, 2006. A forth extension seeking to extend the discovery cut-off to September 30th request was denied by the Magistrate, without prejudice, because of the proximity of the requested cut-off date to the pre-trial conference.

In order to pursue further settlement Plaintiff still awaits completion of an expert survey being conducted by Plaintiff. The survey project is underway and while efforts are proceeding in a responsible and diligent way, the Survey, expected to be completed in

PDF created with pdfFactory trial version www.pdffactory.com

mid July, was extended and has not yet been received. Preliminary results are, however, already being shared between and discussed by the parties.

Additional written discovery is not contemplated; however, there are approximately Three (3) to Four (4) days worth of depositions to be taken. Those depositions were scheduled several times, but continued due to scheduling conflicts that developed due to counsel's involvement in other pending actions. The parties are cooperating regarding discovery issues.

Throughout the case, Counsel for both parties are communicating and cooperating with respect to the conduct and completion of discovery, however, scheduling conflicts and the unavailability of deponents have delayed the taking of the remaining depositions and the report on Plaintiff's survey have not yet been received.

Counsels for both parties believe that approval of the extension request will afford the parties the opportunity to receive the report of the results of Plaintiff's survey, to engage in settlement negotiations and to take the remaining depositions, in the event that the parties' settlement negotiations do not result in settlement of all issues. The parties are serious about settlement discussions and in fact, have agreed to request an early settlement conference with Magistrate Judge Drozd.

The parties have stipulated to the following dates, have conferred with Judge Shubb's Court Room Deputy with respect to the availability of these dates, and respectful request that the court approve the following schedule:

Trial Date: May 15, 2007

Pretrial Conference: March 12, 2007

Plaintiff's Expert Discovery Due: January 15, 2006

All pretrial Motions Complete by: December 15, 2006

Non-Expert Discovery Cut Off: November 30, 2006

Further, the parties stipulate to participate in an early Pre-Trial Settlement Conference with Magistrate Judge Drozd scheduled on Thursday, October 5, 2006, at

PDF created with pdfFactory trial version www.pdffactory.com

10:00 a.m. so that the parties may engage in a formal settlement conference and negotiation prior to completing the remaining depositions. The parties have contacted Magistrate Judge Drozd's office and confirmed the availability of Pre-Trial Settlement on Thursday, October 5, 2006, at 10:00 a.m. Pending the October 5, 2006 Settlement Conference the parties will continue non-expert and expert discovery, but have stipulated not to take further oral depositions pending the outcome of the Settlement Conference.

Both parties are aware of and approve of this request. Good cause appears for this stipulation and order. Granting this request will further the interest of justice.

Respectfully Submitted:

DATED: August 29, 2006					MEATH & PERIERA
								ATTORNEYS AND COUNSELORS
								GREGORY T. MEATH

								By: /S/ GREGORY T. MEATH
									Gregory T. Meath
									Attorneys for Defendants
									RACKLEY BILT TRAILER
									SALES, Inc. and DANNY
									RACKLEY

DATED: August 29, 2006					LAW OFFICES OF A. PETER RAUSCH
								A. PETER RAUSCH

								By: /S/ A. PETER RAUSCH
									A. Peter Rausch
									Attorneys for Plaintiff
									COZAD TRAILER SALES, LLC.

**E-FILING SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

	August 23, 2006						/S/ A. PETER RAUSCH, JR.
									A. Peter Rausch, Jr.
									**[Submitted via E-Filing]**

4
STIPULATED REVISED PRE-TRIAL AND TRIAL SCHEDULE
Case No. 2:05-cv-01181 WBS DAD

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2 IT IS SO ORDERED

3 Date: August 29, 2006

4 _____
5 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

5

STIPULATED REVISED PRE-TRIAL AND TRIAL SCHEDULE

Case No. 2:05-cv-01181 WBS DAD

PDF created with pdfFactory trial version www.pdffactory.com