UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COZAD TRAILER SALES LLC., a California limited liability company<br><br>    Plaintiff,<br><br>vs.<br><br>RACKLEY BILT TRAILER SALES, INC., a California corporation, DANNY RACKLEY, an individual,<br><br>    Defendants.<br>_____ | Civil Action No. 2:05-cv-1181- WBS<br><br>**PERMANENT INJUNCTION AND JUDGMENT** |

Whereas, Plaintiff, COZAD TRAILER SALES, LLC, a California limited liability company (herein after "Cozad"), has filed this action for a Permanent Injunction, under the Lanham Act (15 U.S.C. §1051, et seq.) alleging that Defendants Rackley Bilt Trailer Sales, Inc., a California corporation and/or Danny Rackley, an individual, (herein after "Defendants") appear to be selling goods or threatening to sell goods in violation of Plaintiff's trade dress interests, and

Whereas, Defendants have engaged counsel and both parties have agreed to stipulate to the issuance of a Permanent Injunction in lieu of trial.

///

///

1

IT IS HEREBY ORDERED, DECREED AND ADJUDGED, that:

1. Defendants, and each of them, are hereby permanently restrained, prohibited and enjoined from making use in any manner of Plaintiff's trade dress interest and from selling any low-bed heavy haul industrial trailer or any other custom built special application trailer infringing Plaintiff's trade dress interest and specifically the use or incorporation of multiple round holes spaced proportionally in between cross members of the trailer assembly in and along the webs located anywhere on the trailers, including, specifically, all Decks, Goosenecks, Jeeps, Dollies, Towers, Cross members and Rear Bumper Assemblies.

2. Defendants, and each of them, are hereby permanently restrained, prohibited and enjoined from selling any low-bed heavy haul industrial trailer or any other custom built special application trailer, unless:

    A. Mud Flaps prominently displaying the name "Rackley Bilt" have been installed on the back of the Jeeps and Dollies; and

    B. Decals approximately four (4) inches by twelve (12) inches large and prominently displaying the name "Rackley Bilt" have been affixed in multiple locations on and along the webs located along all Decks, Goosenecks, Jeeps and Dollies.

3. The Court hereby retains jurisdiction to enforce the terms of this Order and Judgment.

Date: November 20, 2006

Time: 10:00 a.m.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE